IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| *Plaintiff,*   ) | Case No. |
| ) | Judge |
| v.   ) | Deck Type: Antitrust |
| ) | Filed: |
| CAL DIVE INTERNATIONAL, INC.,   ) | |
| STOLT OFFSHORE S.A.,   ) | |
| STOLT OFFSHORE, INC., and   ) | |
| S&H DIVING, LLC,   ) | |
| ) | |
| *Defendants.*   ) | |

### PLAINTIFF UNITED STATES' EXPLANATION
### OF CONSENT DECREE PROCEDURES

Plaintiff United States submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

1.  Today, plaintiff United States has filed a Complaint, proposed Final Judgment, and Hold Separate Stipulation and Order between the parties by which they have agreed that the Court may enter the proposed Final Judgment following compliance with the APPA. Plaintiff United States will also file a Competitive Impact Statement relating to the proposed Final Judgment.

2.  The APPA requires that plaintiff United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division (*see* 15 U.S.C. §§ 16(b)-(c)).

3.  During the sixty-day period, plaintiff United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and plaintiff United States' responses in the *Federal Register.*

4.  After the expiration of the sixty-day period, plaintiff United States will file with the Court the comments and plaintiff United States' responses, and it may ask the Court to enter the

proposed Final Judgment (unless plaintiff has decided to withdraw its consent to entry of the Judgment, as permitted by Section IV(A) of the Hold Separate Stipulation and Order) (*see* 15 U.S.C. § 16(d)).

5.  If plaintiff United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. §§ 16(e)-(f), then the Court may enter the Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: October 18, 2005

Respectfully submitted,

FOR PLAINTIFF UNITED STATES:

/s/ Jennifer Z. Cihon
Jennifer L. Cihon  (OH Bar #0068404)
Angela L. Hughes  (DC Bar #303420)
John M. Snyder  (DC Bar #456921)
Bethany K. Hipp  (GA Bar #141678)
United States Department of Justice
Antitrust Division
325 7th St. NW Suite 500
Washington, D.C. 20530
(202) 307-3278

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2005, I caused a copy of the foregoing Complaint, proposed Final Judgment, Hold Separate Stipulation and Order and Plaintiff United States' Explanation of Consent Decree Procedures to be served on counsel for defendants in this matter in the manner set forth below:

By electronic mail and hand delivery:

Counsel for Defendant Cal Dive International, Inc.
Daniel L. Wellington  (D.C. Bar #273839)
Neely B. Agin (D.C. Bar #456005)
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-4574
Fax: (202) 662-4643

Counsel for Defendants Stolt Offshore S.A., Stolt Offshore, Inc.
and S&H Diving LLC
Paul C. Cuomo (D.C. Bar #457793)
Sean F. Boland (D.C. Bar #249318)
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610

_____
Jennifer L. Cihon (OH Bar #0068404)
Department of Justice
Antitrust Division
325 Seventh Street, N.W.
Suite 500
Washington, DC  20530
(202) 307-3278
(202) 616-2441 (Fax)