IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*<br><br>    v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>         *Defendants*. | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust |

**CERTIFICATION OF DEFENDANT CAL DIVE INTERNATIONAL, INC.**

Pursuant to the provisions of 15 U.S.C. Section 16(g), Defendant Cal Dive International, Inc. ("Cal Dive"), in the above-captioned civil action, by and through undersigned counsel of record, hereby certifies that there have been no written or oral communications by or on behalf of Cal Dive by any officer, director, employee or agent of Cal Dive or any other person, with any officer or employee of the United States concerning or relevant to any proposal for a consent

-2-

judgment under the provisions of 15 U.S.C. Section 16(b) except by the undersigned counsel for Cal Dive.

Respectfully submitted,

                      FOR DEFENDANT
                      CAL DIVE INTERNATIONAL, INC.:

                      _____
                      Daniel L. Wellington (D.C. Bar # 273839)
                      Neely B. Agin (D.C. Bar # 456005)
                      Fulbright & Jaworski LLP
                      801 Pennsylvania Avenue, NW
                      Washington, D.C. 20004-2623
                      Tel: (202) 662-4574
                      Fax: (202) 662-4643