UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAL DIVE INTERNATIONAL, INC., )<br>STOLT OFFSHORE S.A., )<br>STOLT OFFSHORE, INC., and )<br>S&H DIVING, LLC, )<br>)<br>Defendants. )<br>) | Civil Case No.:  1:05CV02041<br>Judge:  Emmet G. Sullivan<br>Deck Type:  Antitrust<br>Date Stamp: _____ |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
CONCERNING THE AMENDED PROPOSED FINAL JUDGMENT IN THIS
ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. §16(g) BY
STOLT OFFSHORE S.A., STOLT OFFSHORE, INC. AND S&H DIVING LLC**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. §16(g), defendants Stolt Offshore S.A., Stolt Offshore, Inc. and S&H Diving LLC ("Stolt"), by its attorneys, submit this pleading to describe all written or oral communications by or on behalf of Stolt with any officer or employer of the United States concerning the Amended Proposed Final Judgment filed in this action on October 27, 2005. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. §16(g).

To the best of Stolt's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Stolt with any officer or employee of the United States concerning the Amended Proposed Final Judgment, except for communications between counsel of record for Stolt listed below and employees of the Department of Justice, Antitrust Division. Stolt, therefore, certifies that the

requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Stolt and required to be reported under Section 2(g) is true and complete.

Respectfully submitted,

_____
Sean F. Boland (D.C. Bar No.: 249318)
Paul C. Cuomo (D.C. Bar No.: 457793)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Counsel for Stolt Offshore S.A.,
Stolt Offshore, Inc. and
S&H Diving, LLC

Dated: November 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE AMENDED PROPOSED FINAL JUDGMENT IN THIS ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. §16(g) BY STOLT OFFSHORE S.A., STOLT OFFSHORE, INC. and S&H DIVING, LLC was electronically filed and served by first-class U.S. mail, postage prepaid, on the 18th day of November, 2005:

Jennifer L. Cihon
U.S. Department of Justice
325 Seventh Street, N.W.
Suite 500
Washington, D.C. 20530

Daniel L. Wellington
Neely B. Agin
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Sean F. Boland