IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>    *Defendants.* | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust<br>Filed: February 13, 2006 |

## MOTION OF THE UNITED STATES
## FOR APPOINTMENT OF TRUSTEE

Plaintiff United States hereby moves this Court for entry of an order appointing Judge Louis M. Phillips as Trustee pursuant to Section V of the Final Judgment in the above-captioned matter. The United States has informed defendant Cal Dive that it is filing this motion, which, pursuant to the terms of the Final Judgment, Cal Dive may not oppose. In support of its motion, the United States files herewith a Memorandum In Support of Motion for Appointment of Trustee, and Affidavit of Jennifer L. Cihon.

Dated: February 13, 2006

                                          Respectfully submitted,

                                          _____
                                          Jennifer L. Cihon (OH Bar #0068404)
                                          U.S. Department of Justice, Antitrust Division
                                          325 7th Street N.W. Suite 500
                                          Washington, D.C. 20530
                                          (202) 307-3278

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>    *Defendants.* | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust<br>Filed: February 13, 2006 |

## ORDER

WHEREAS plaintiff United States moved this Court on February 13, 2006, for the appointment of Judge Louis M. Phillips as Trustee pursuant to Section V of the Final Judgment herein; and

IT IS HEREBY ORDERED THAT:

Judge Louis M. Phillips is appointed Trustee pursuant to Section V of the Final Judgment.

_____
Emmet G. Sullivan
District Court Judge
United States District Court

Dated: February    , 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I caused a copy of the foregoing Motion of the United States for Appointment of Trustee to be served by electronic mail to counsel for defendants listed below:

Counsel for Defendant Cal Dive International, Inc.
Daniel L. Wellington  (D.C. Bar #273839)
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-4574
Fax: (202) 662-4643

Counsel for Defendants Stolt Offshore S.A., Stolt Offshore, Inc.
and S&H Diving LLC
Paul C. Cuomo (D.C. Bar #457793)
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610

Jennifer L. Cihon (OH Bar #0068404)
Department of Justice
Antitrust Division
325 Seventh Street, N.W.
Suite 500
Washington, DC  20530
(202) 307-3278
(202) 616-2441 (Fax)