IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>*Defendants.* | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust<br>Filed: February 13, 2006 |

## ORDER

WHEREAS plaintiff United States moved this Court on February 13, 2006, for the appointment of Judge Louis M. Phillips as Trustee pursuant to Section V of the Final Judgment herein; and

IT IS HEREBY ORDERED THAT:

Judge Louis M. Phillips is appointed Trustee pursuant to Section V of the Final Judgment.

_____
Emmet G. Sullivan
District Court Judge
United States District Court

Dated: February 16, 2006