IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>           Defendants. | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust<br>Filed: August 4, 2006 |

**UNITED STATES' NOTICE OF FILING TRUSTEE'S THIRD REPORT
PURSUANT TO FINAL JUDGMENT**

The United States hereby notifies the Court that it has received the report of Trustee Judge Louis M. Phillips dated July 25, 2006, setting forth the Trustee's efforts to accomplish the divestitures ordered by the Final Judgment. Pursuant to Section V of the Final Judgment, the United States, on behalf of the Trustee, is filing the report with the Court herewith.

Dated: August 4, 2006

                    Respectfully submitted,

                    /s/ Jennifer L. Cihon
                    Jennifer L. Cihon (OH Bar # 0068404)
                    Department of Justice, Antitrust Division
                    325 Seventh Street, N.W., Suite 500
                    Washington, DC  20530
                    (202) 307-3278
                    (202) 616-2441 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I caused a copy of the foregoing United States' Notice of Filing Trustee's Third Report Pursuant to Final Judgment and the Trustee's Third Report Pursuant to Final Judgment to be served by electronic mail to counsel for defendants listed below:

Counsel for Defendant Cal Dive International, Inc.
Daniel L. Wellington  (D.C. Bar #273839)
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-4574
Fax: (202) 662-4643

Counsel for Defendants Stolt Offshore S.A., Stolt Offshore, Inc.
and S&H Diving LLC
Paul C. Cuomo (D.C. Bar #457793)
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610

                                           Jennifer L. Cihon (OH Bar #0068404)
                                           Department of Justice
                                           Antitrust Division
                                           325 Seventh Street, N.W.
                                           Suite 500
                                           Washington, DC  20530
                                           (202) 307-3278
                                           (202) 616-2441 (Fax)