IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff,*<br><br>     v.<br><br>CAL DIVE INTERNATIONAL, INC.,<br>STOLT OFFSHORE S.A.,<br>STOLT OFFSHORE, INC., and<br>S&H DIVING, LLC,<br><br>             *Defendants.* | Case No. 1:05CV02041<br>Judge: Emmet G. Sullivan<br>Deck Type: Antitrust<br>Filed: August 18, 2006 |

### UNITED STATES' NOTICE OF FILING TRUSTEE'S FOURTH REPORT PURSUANT TO FINAL JUDGMENT AND RECOMMENDATIONS PURSUANT TO SUBSECTION G. OF ARTICLE V. OF FINAL JUDGMENT

The United States hereby notifies the Court that it has received the report of Trustee Judge Louis M. Phillips dated August 18, 2006, setting forth the Trustee's efforts to accomplish the divestitures ordered by the Final Judgment. Pursuant to Section V of the Final Judgment, the United States, on behalf of the Trustee, is filing the report with the Court herewith.

Dated: August 18, 2006

                                          Respectfully submitted,

                                          Jennifer L. Cihon (OH Bar # 0068404)
                                          Department of Justice, Antitrust Division
                                          325 Seventh Street, N.W., Suite 500
                                          Washington, DC  20530
                                          (202) 307-3278
                                          (202) 616-2441 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I caused a copy of the foregoing United States' Notice of Filing Trustee's Fourth Report Pursuant to Final Judgment and Recommendations Pursuant to Subsection G. of Article V. of Final Judgment and the Trustee's Fourth Report Pursuant to Final Judgment and Report and Recommendations Pursuant to Subsection G. of Article V. of Final Judgment to be served by electronic mail to counsel for defendants listed below:

Counsel for Defendant Cal Dive International, Inc.
Daniel L. Wellington (D.C. Bar #273839)
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-4574
Fax: (202) 662-4643

Counsel for Defendants Stolt Offshore S.A., Stolt Offshore, Inc.
and S&H Diving LLC
Paul C. Cuomo (D.C. Bar #457793)
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610

Jennifer L. Cihon (OH Bar #0068404)
Department of Justice
Antitrust Division
325 Seventh Street, N.W.
Suite 500
Washington, DC 20530
(202) 307-3278
(202) 616-2441 (Fax)