UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2041 (EGS) |
| v. ) | |
| ) | |
| CAL DIVE INTERNATIONAL, INC., ) | |
| STOLT OFFSHORE S.A., ) | |
| STOLT OFFSHORE, INC., and ) | |
| S&H DIVING, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Whereas, pursuant to Section V(G) of the Final Judgment, plaintiff United States filed a motion with this Court on August 28, 2006, for the extension of the term of the appointment of Judge Louis M. Phillips as Trustee under Section V of the Final Judgment herein, it is

**ORDERED** that the term of Judge Louis M. Phillips' appointment as Trustee under Section V of the Final Judgment is extended 90 days.

**SO ORDERED.**


**Signed by:**    **EMMET G. SULLIVAN**
         **UNITED STATES DISTRICT JUDGE**
         **October 11, 2006**