UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAL DIVE INTERNATIONAL, INC., )<br>STOLT OFFSHORE S.A., )<br>STOLT OFFSHORE, INC., and )<br>S&H DIVING, LLC, )<br>)<br>Defendants. )<br> | Civil Action No. 05-2041 (EGS) |

**ORDER**

Whereas, pursuant to Section V(G) of the Final Judgment, plaintiff United States filed a motion with this Court on January 10, 2007, for the extension of the term of the appointment of Judge Louis M. Phillips as Trustee under Section V of the Final Judgment herein, it is

**ORDERED** that plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the term of Judge Louis M. Phillips' appointment as Trustee under Section V of the Final Judgment is extended 60 days.

**SO ORDERED.**

**Signed by:     EMMET G. SULLIVAN**
**               UNITED STATES DISTRICT JUDGE**
**               January 25, 2007**

1