## CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2007, I caused a copy of the Petition by the United States for an Order to Show Cause Why Respondents Cal Dive International, Inc. and Helix Energy Solutions Group, Inc. Should Not Be Found in Civil Contempt, Settlement Agreement and Order, Joint Motion for Entry of Settlement Agreement and Order, and Stipulation to be served on counsel for Respondents in this matter in the manner set forth below:

By electronic mail:

Counsel for Respondent Cal Dive International, Inc.
Counsel for Respondent Helix Energy Solutions Group, Inc.
Daniel L. Wellington (D.C. Bar #273839)
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Tel: (202) 662-4574
Fax: (202) 662-4643

 

Jennifer L. Cihon (OH Bar #0068404)
Department of Justice
Antitrust Division
325 Seventh Street, N.W.
Suite 500
Washington, DC  20530
(202) 307-3278
(202) 616-2441 (Fax)